IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LARRY HILL )
  )
v. ) NO. 3-13-0208
 ) JUDGE CAMPBELL
R.R. DONNELLY & SONS )

ORDER

In light of Defendant's withdrawal of its Motion to Dismiss, see Docket No. 21, p. 2, the Clerk is directed to term Defendant's Motion (Docket No. 13).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE