IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LARRY HILL )
)
v. ) NO. 3-13-0208
) JUDGE CAMPBELL
R.R. DONNELLY & SONS )

ORDER

Plaintiff's counsel has filed a Notice of Voluntary Dismissal (Docket No. 28) because of Plaintiff's recent death. Accordingly, this action is DISMISSED, and the Clerk is directed to close the file. Any pending Motions are denied as moot.

The pretrial conference set for March 31, 2014, and the jury trial set for April 8, 2014, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE